IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–24–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CODY ALAN HARRINGTON, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture.  (Doc. 29.)  Defendant Cody Alan Harrington has been adjudged guilty of sex trafficking of children, in violation of 18 U.S.C. § 1591(a) and (b)(2), as charged in Counts II and III of the Indictment.  (Doc. 31.)  Harrington also admitted the forfeiture allegation contained in the Indictment, which sought forfeiture of any property, real or personal, constituting and derived from any profits, directly or indirectly, as a result of the violations of Count I, and any property, real or personal, that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.  As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 2428.

Accordingly, IT IS ORDERED the motion (Doc. 29) is GRANTED.

IT IS FURTHER ORDERED that Harrington's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2428:

- One Samsung S22 Cellphone IMEI: 358933736503160; and
- $200.00 in U.S. Currency.

IT IS FURTHER ORDERED that the FBI, United States Marshalls Service, and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 7th day of August, 2023.

2

Dana L. Christensen, District Judge
United States District Court