IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY ALAN HARRINGTON,<br><br>Defendant. | CR 23–24–M–DLC<br><br><br><br>ORDER |

    Before the Court is Defendant Cody Alan Harrington's Unopposed Motion for Leave to File Out of Time Sentencing Letter. (Doc. 43.) Sentencing in this matter is scheduled for November 17, 2023, at 10:30 a.m. (Doc. 42.) The deadline to file letters of support was November 9, 2023. (Doc. 28 at 3.) Mr. Harrington explains that he received a character letter on November 13 that he would like to submit. (Doc. 43 at 2.) The United States does not oppose the motion. (*Id.*)

    Accordingly, IT IS ORDERED that the motion (Doc. 43) is GRANTED. Mr. Harrington may file his additional letter of support on or before November 15, 2023.

    DATED this 14th day of November, 2023.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1