IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY ALAN HARRINGTON,<br><br>Defendant. | CR 23–24–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Leave to Supplement Sentencing Memorandum. (Doc. 46.) The United States requests leave to file a supplement to its sentencing memorandum to provide additional restitution information. (*Id.* at 1.) Defendant does not object. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 46) is GRANTED. The United States may file its supplement to its sentencing memorandum on or before November 15, 2023.

DATED this 14th day of November, 2023.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court

1